194 4261 $01.29⁰ PB8544112 AUG 05 03
2482 CRANSTON R. 02920

**ALLIED HOME MORTGAGE CAPITAL CORPORATION**

*The Most Comprehensive Mortgage Source for Your Home Loan*

647 OAKLAWN AVENUE • CRANSTON, RHODE ISLAND 02920

Joseph Lombardi
10 Burleigh St.
Providence, RI
02904