*FROM THE OFFICE OF THE*

**FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

Columbia Equities, LTD.
400 Columbus Avenue
Valhalla, New York 10595

May 11, 2005

**Re: Notice of Rescission by Joseph D. Lombardi & Carolyn J. Lombardi, 10 Burleigh Street, #6J, Providence, RI 02904, Loan Number: 297084601, Closing Date 7/25/2003.**

To Whom It May Concern:

I represent Mr. & Mrs. Lombardi concerning the loan transaction they entered into with New Century Mortgage Corporation on July 25, 2003. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635, Regulation Z, Section 226.23 and the Massachusetts counterparts.

The primary basis for the rescission is that Mr. & Mrs. Lombardi, as the joint owners of the property at the time of refinance, were not provided with the proper notice of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a), Regulation Z, Section 226.17, Section 226.23 at the time of the closing.

The security interest held by Columbia Equities, LTD on Mr. & Mrs. Lombardi's property located at 10 Burleigh Street, Providence, RI is void as of this rescission. Pursuant to Regulation Z and the Massachusetts counterparts, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Joseph D. & Carolyn J. Lombardi
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

cc: Joseph & Carolyn Lombardi
10 Burleigh Street, #6J
Providence, RI 02904

*TWO DEXTER STREET, P.O. BOX 479 PAWTUCKET, RI 02862 PHONE: (401) 728-6060 FAX: (401) 728-6534*