RECEIVED
JUL 19 2006
Attorney of U.S. Attorney
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH D. LOMBARDI and :
CAROLYN J. LOMBARDI :
Plaintiff's :
VS. : C.A. NO.: 06-267T
:
COLUMBIA EQUITIES, LTD. :
Defendant :

## LATE ENTRY STIPULATION

Defendant Columbia Equities, Ltd. my have up to and including August 15, 2006 to respond to the Plaintiff's Complaint.

Joseph D. Lombardi and Carolyn L. Lombardi
By Their Attorneys,

Christopher M. Lefebvre, Esq. #4019
Law Offices of Claude Lefebvre & Sons
PO Box 479
Pawtucket, RI 02862
(401) 728-6060

DATED: 7/13/06

Columbia Equities, Ltd.
By Its Attorneys,

Higgins, Cavanagh & Cooney, LLP

Chuck A. Hambly, Esq. #1073
Samuel C. Bodurtha, Esq. #7075
123 Dyer Street
Providence, RI 02903
(401) 272-3500

DATED: 07/17/06

## CERTIFICATION

I hereby certify that on this 17th day of July, 2006, a true of the foregoing copy was mailed, postage pre-paid, to:

Christopher M. Lefebvre, Esq. #4019
Law Offices of Claude Lefebvre & Sons
PO Box 479
Pawtucket, RI 02862

Tracy Fiola

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 7/28/06