UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH D. LOMBARDI and CAROLYN J. LOMBARDI<br>Plaintiffs | : | |
| VS. | : | C.A. No. 06-267T |
| COLUMBIA EQUITIES, LTD.<br>Defendant | : | |

**DISMISSAL STIPULATION**

The above-captioned matter is dismissed with prejudice.

Plaintiffs,
Joseph Lombardi and Carolyn Lombardi
By Their Attorney,

Christopher M. Lefebvre, Esq.
Law Offices of Claude Lefebvre & Sons
PO Box 479
Pawtucket, RI 02862

Defendant,
Columbia Equities, Ltd.
By Its Attorneys,
Charles A. Hambly Jr.

Charles A. Hambly, Jr., Esq. (#1073)
Samuel C. Bodurtha, Esq. (#7075)
Higgins, Cavanagh & Cooney LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 Fax
Chambly@hcc-law.com
Sbodurtha@hcc-law.com